IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LEVI HALLETT,<br><br>      Defendant. | 4:14CR3110-JMG-CRZ<br><br>AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

  As requested in the government's motion, (filing no. 7), which is hereby granted,

TO: WARDEN, CHEYENNE COUNTY JAIL, SIDNEY, NEBRASKA, OR ANY OTHER PERSON HAVING CUSTODY OF THE ABOVE-NAMED INDIVIDUAL; THE FEDERAL BUREAU OF INVESTIGATION, AND THE U.S. MARSHALS SERVICE:

  We command that you have LEVI HALLETT now detained in the Cheyenne County Jail, Sidney, Nebraska, under safe and secure conduct, before the Honorable Cheryl R. Zwart, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, on the 24th day of September, 2014, at 1:45 p.m., and each day thereafter as may be necessary, for the purpose of a hearing, and from time to time thereafter for further proceedings in said matter, and upon conclusion thereof to return said defendant to the custody from which he came under safe and secure conduct in accordance with the law and have you then this writ.

WITNESS THE UNITED STATES JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA.

                BY THE COURT:

                _____
                United States Magistrate Judge