IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LEVI HALLETT,<br><br>                Defendant. | 4:14-CR-3110<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 42). On May 26, 2015, the Court entered a Preliminary Order of Forfeiture (filing 36) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to production of child pornography, in violation of 18 U.S.C. § 2251(a), and his admission of the forfeiture allegation contained in the operative indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant's interest in one black Motorola Droid Razor cellular telephone was forfeited to the United States on the basis that it was used or was intended to be used to facilitate the violation alleged in Count I. (filing 36).

      As directed by the order, a Notice of Criminal Forfeiture was posted beginning on May 27, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 41) was filed on August 13, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

      IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 42) is granted.

2. All right, title, and interest in and to the black Motorola Droid Razor cellular telephone held by any person or entity are forever barred and foreclosed.

- 2 -

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 9th day of September, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge